UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FameFlynet, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Genetic Denim, LLC, <br><br> Defendant. | LA CV15-07967 JAK (PLAx) <br><br> **JUDGMENT** <br><br> **JS-6** |

Based on the motion for entry of default judgment brought by Plaintiff, FlameFlynet, Inc. ("Plaintiff"), against the defendant, Genetic Denim, LLC ("Defendant"), and the subsequent application for attorney's fees and costs, Judgment is entered for Plaintiff and against Defendant as follows:

(1) Plaintiff owns all right, title, and interest in and to U.S. Copyright Registration Nos. VA0001923944 and VA0001937583.

(2) Defendant infringed those rights;

(3) Plaintiff is awarded statutory damages for copyright infringement pursuant

to 17 U.S.C. § 504(c) in the amount of $1,500;

(4) Plaintiff is awarded costs in the amount of $590, which consists of the $400.00 Court filing fee and $190 in process server fees;

(5) Plaintiff is awarded attorney's fees in the amount of Two Thousand Seven Hundred Fifty-Seven Dollars and Fifty Cents ($2,757.50) in connection with this action, pursuant to 17. U.S.C. § 505.

**IT IS SO ORDERED.**

DATED: May 6, 2016

_____
HON. JOHN A. KRONSTADT
United States District Judge